UNITED STATES of America, Plaintiff–Appellee

v.

Nicholas CHAPMAN, Defendant–Appellant.

No. 06–30580

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 16, 2008.

John L. Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, LaFayette, LA, for Plaintiff–Appellee.

George Frazier, New Orleans, LA, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Nicholas Chapman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Chapman has filed a motion for an extension of time to take an appeal and appointment of new counsel. Our independent review of the record, counsel's brief, and Chapman's motion discloses no nonfrivolous issue for appeal. Accordingly, Chapman's motion is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.